FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 21, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANAE G.[1], | No. 2:20-cv-00230-MKD |
| Plaintiff, | **ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| vs. | |
| ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY, | **ECF Nos. 20, 25** |
| Defendant. | |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 25, requesting remand of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g). Attorney Christopher Dellert represents Plaintiff. Attorney Diana Andsager represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 8.

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies them by only their first names and the initial of their last names. *See* LCivR 5.2(c).

ORDER - 1

After consideration, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulated Motion for Remand, **ECF No. 25**, is **GRANTED**.

2. The above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

The parties have stipulated to the following:

On remand, the Appeals Council will instruct the ALJ to:

- Offer Plaintiff the opportunity for a new hearing and to further develop the record;
- Reevaluate the medical opinions of record, including the opinions of Bruce Eather, Ph.D. and Gary Nelson, Ph.D., pursuant to 20 C.F.R. §§ 404.1527, 416.927.
- Reevaluate Plaintiff's subjective complaints;
- Reevaluate the lay testimony;
- Reevaluate Plaintiff's residual functional capacity;
- Continue the sequential evaluation, obtaining supplemental evidence from a vocational expert, as necessary; and
- Take any further action needed to complete the administrative record issue a new decision.

*See* ECF No. 25 at 2.

ORDER - 2

3. Judgment shall be entered for **PLAINTIFF**.

4. Plaintiff's Motion for Summary Judgment, **ECF No. 20**, is **STRICKEN AS MOOT**.

5. Upon proper presentation, this Court consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **enter Judgment**, forward copies to counsel, and **CLOSE THE FILE**.

DATED May 21, 2021.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 3